IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MICHAEL EDWARDS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-00014 |
| v. | ) | No. 1:15-cv-00016 |
| | ) | |
| BEN KILLINGSWORTH, et al., | ) | Senior Judge Haynes |
| Defendants. | ) | |

**ORDER**

On February 27, 2015, this Court received a letter from Plaintiff, Michael Edwards, an inmate housed at the South Central Correctional Facility in Clifton, Tennessee, stating that he wanted to file a lawsuit, but had been unable to make copies because of a prison lockdown. (Case No. 1:15-00014, Docket Entry No. 1.) Plaintiff also submitted his Application to proceed *in forma pauperis* (Case No. 1:15-00014, Docket Entry No. 2) that the Court granted. (Case No. 1:15-00014, Docket Entry No. 3.) In the latter Order, the Court directed Plaintiff to submit a proper complaint within 30 days, and to include in his complaint the docket number: 1:15-00014. Id. at 2.

Before receipt of the Court's Order, Plaintiff submitted a complaint for violation of civil rights filed under 42 U.S.C. § 1983 (Case No. 1:15-00016, Docket Entry No. 1) with his second application to proceed *in forma pauperis* and a motion to appoint counsel. (Case No. 1:15-00016, Docket Entry Nos. 3 and 4.) These documents do not reflect the original docket number and the Clerk opened a new action with a new docket number. The Clerk is **DIRECTED** to administratively close the second action – No. 1:15-00016 – and to docket all documents filed

under that case number in the original action – No. 1:15-00014.

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice** for failure to state a claim for relief. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

Plaintiff's motion to appoint counsel (No. 1:15-00016, Docket Entry No. 4) and his second application to proceed IFP (No. 1:15-00016, Docket Entry No. 3) are **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge